**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01120-BNB

DEMETRIO A. VALERGA,

      Plaintiff,

v.

JOSEPH P. VANDELLO,
JORGE TENAROUDIGZ, and
SHANA MARTIN,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      At issue is the "Motion to Waive Filling [sic] Fee," Doc. No. 7, that Plaintiff filed on May 17, 2012.  The Motion is denied as moot.  Plaintiff paid the $22.00 initial fee on May 11, 2012.

Dated:  May 18, 2012