IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01120-LTB

DEMETRIO A. VALERGA,

    Plaintiff,

v.

JORGE TENAROUDIGEZ, and
SHANA MARTIN,

    Defendants.

---

ORDER

---

At issue are the two *pro se* filings titled "Motion for Extison [sic] of Time," ECF No. 19, and "Request to be Kept in State Run Facility," ECF No. 18, that Plaintiff, Demetrio A. Valerga, submitted to the Court on August 30, 2012. In ECF No. 19, Plaintiff asks the Court for a second extension of time to appeal the dismissal of this case. In ECF No. 18, Plaintiff asks the Court to stop the Department of Corrections from transferring him to a private facility.

With respect to Plaintiff's Motion for an extension of time, pursuant to Rule 4(a)(5)(C), the Court will grant Plaintiff a fourteen-day extension of time, from the date of this Order, to submit his notice of appeal. No further extensions are authorized under Rule 4.

As for Plaintiff's request not to be moved to a private facility, this action has been dismissed and the request for such relief is moot. Accordingly, it is

ORDERED that Plaintiff's Motion for Extension of Time, ECF No. 19, filed on August 30, 2012, is GRANTED. It is

FURTHER ORDERED that Plaintiff shall have fourteen days from the date of this Order to file an appeal as authorized under Fed. R. Civ. P. 4(a)(5)(C). It is

FURTHER ORDERED that Plaintiff's Request to be Kept in State Run Facility, ECF No. 18, filed on August 30, 2012, is denied as moot.

DATED at Denver, Colorado, this  5th  day of    September    , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court